UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>—against—<br><br>BRIAN K. KISTLER et al,<br><br>                             Defendants | **AMENDED**<br>**AFFIDAVIT IN SUPPORT OF REQUEST FOR LETTERS ROGATORY**<br><br>Case No. 22-CV-10657 (ER) |

STATE OF INDIANA    )
                                 ) ss.:
COUNTY OF WELLS    )

        Brian Kistler, of 6461 N 100 E, Ossian, Indiana 46777, being duly sworn, deposes and says:

        1.    I am the pro se defendant in the above-entitled action and make this affidavit pursuant to Fed. R. Civ. P. 45 in support of defendant's request letters for letters rogatory to Kim Freeman who resides in London, Canada

        2.    This affidavit and filing are intended to correct clerical errors that were made in the original filings regarding Kim Freeman's residence from London, England to London, Canada.

        3.    Kim Freeman, last known address should have been 7-886 Cranbrook Road, London, A6, Ontario Canada N6K 4Y8

        4.    All other information should remain the same as in the original filings.

Dates: Bluffton, Indiana
February 5, 2024

                                                          _____
                                                           Brian Kistler

Sworn to before me this 5th day of February 2024



Ryan Fomley, Notary Public
Wells County, State of Indiana
Commission No: NP0737925
My Commission Expires 12/12/2029