UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
               Plaintiff,  :
:   22-cv-10657 (ER)
– against –  :
:   ECF CASE
BRIAN K. KISTLER and NEW OPPORTUNITY  :
BUSINESS SOLUTIONS, INC. a/k/a NOBS,  :
:
               Defendants.  :
------------------------------------------------------------------x

**ORDER OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(2)**

    IT IS HEREBY ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, upon the application of Plaintiff Securities and Exchange Commission, that the above-captioned action is dismissed as to Defendant New Opportunity Business Solutions, Inc. a/k/a NOBS.

Dated:  August 12, 2024
         New York, New York

                              SO ORDERED:

                              _____
                              EDGARDO RAMOS
                              UNITED STATES DISTRICT JUDGE